952 A.2d 1169

**Matthew PANKRAZ, Petitioner**

**v.**

**WALMART STORES, INC. t/a Walmart Stores # 2068 and Jane Doe, c/o Walmart Stores, Inc. t/a Walmart Store # 2068, Respondents.**

**No. 167 MM 2007.**

Supreme Court of Pennsylvania.

July 9, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of July, 2008, as Petitioner's appeal to the Superior Court from the trial court's June 12, 2007 order was timely filed, the Petition for Review is **GRANTED,** the order of the Superior Court is **VACATED,** and the matter is **REMANDED** for that court to consider the merits of Petitioner's appeal.